**FILED** EW

JUN 08 2016 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. | 16 CR 318 |
| v. | ) | |
| | ) Violations: | Title 18, United States |
| JONATHAN SMALLEY | ) | Code, Sections 922(a)(1) |
| | ) | and 922(g)(1) |

JUDGE GETTLEMAN

**COUNT ONE**          MAGISTRATE JUDGE GILBERT

The SPECIAL FEBRUARY 2016 GRAND JURY charges:

From on or about May 18, 2009, until on or about May 13, 2016, at Chicago, in

the Northern District of Illinois, Eastern Division, and elsewhere,

JONATHAN SMALLEY,

defendant herein, not being a licensed dealer within the meaning of Chapter 44,

Title 18, United States Code, did willfully engage in the business of dealing in

firearms,

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

On or about May 13, 2016, at Oak Lawn, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JONATHAN SMALLEY,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly transport in interstate commerce and possess in and affecting interstate commerce a firearm, namely a Glock model 22 .40 caliber handgun bearing serial number WPH329, which firearm had traveled in interstate commerce,

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2016 GRAND JURY further charges:

1. The allegations contained in this Indictment are realleged and incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

JONATHAN SMALLEY,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), is a Glock model 22 .40 caliber handgun bearing serial number WPH329.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3